

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2023

No. 04-22-00458-CR

Abel C. **ESQUIVEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 19-08-0204-CRA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief was originally due November 18, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to December 19, 2022. On December 15, 2022, appellant filed a motion requesting an additional extension of time to file the brief until February 17, 2023, for a total extension of ninety days. We granted appellant's second motion for extension of time and ordered him to file his brief by February 17, 2023. In our order, we cautioned appellant, "No further requests for extension of time will be considered absent extraordinary circumstances."

On February 10, 2023, appellant filed a third motion for extension of time, requesting an additional extension of either sixty or thirty days. As support for this request, the motion cites appellant's counsel's trial schedule but does not identify any extraordinary circumstances. We therefore **ORDER** appellant's attorney to file his brief **by February 23, 2023**. If the brief is not filed by the date ordered, we will order the appeal abated and remand the cause to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court